**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM RANDOLPH, | |
|    *Plaintiff*, | 2:13-cv-00320-APG-PAL |
| vs. | |
| SHERIFF GILLESPIE, *et al.* | ORDER |
|    *Defendants*. | |

Plaintiff, who does not appear to be in custody, has submitted an application to proceed *in forma pauperis* seeking to initiate a civil rights action arising out of his prior confinement. Plaintiff has not provided adequate information regarding his income and monthly expenses. Plaintiff must provide specific amounts as to actual monthly income and expenses, regardless of whether he maintains that income is exempt. The Court will determine whether particular income is exempt.

IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, plaintiff shall complete and file a CJA 23 Financial Affidavit form. The Clerk shall SEND plaintiff two copies of a blank CJA 23 Financial Affidavit form.

The pauper application may be denied and this action may be dismissed without further advance notice if plaintiff does not timely comply with this order.

DATED: May 13th, 2013.

_____
PEGGY A. LEEN
United States Magistrate Judge