# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIAM RANDOLPH,

   *Plaintiff*,

vs.

SHERIFF GILLESPIE, *et al.*

   *Defendants*.

2:13-cv-00320-APG-PAL

**O R D E R**

In this *pro se* civil rights action, plaintiff has not filed an amended complaint within the time allowed by the prior screening order (#7). The order informed plaintiff that final judgment would be entered without further advance notice if an amended complaint was not timely filed. Plaintiff is not in custody. The prison mailbox rule therefore does not apply to render his submissions timely by the date of mailing rather than the date of filing.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: July 2, 2013.

_____
ANDREW P. GORDON
United States District Judge